# COURT MINUTES

## Magistrate Judge Lauren F. Louis

Atkins Building Courthouse - 11th Floor          Date: 7/8/25          Time: 10:00 a.m.

Defendant: Jacob Melvin Hart          J#: 91956-511          Case #: 25-20303-CR-BECERRA/TORRES

AUSA: Brooke Latta          Attorney: Reginald Moss (Perm)

Violation: TRANSPORT/POSS OF VISUAL DEPICTIONS INVOLVING THE SEXUAL EXPLOITATION MINORS

Proceeding: Report re: Counsel/Arraignment          CJA Appt:

Bond/PTD Held: ☐ Yes ☐ No          Recommended Bond:

Bond Set at: PTD (stip)          Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services ___ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: English

Disposition:
Brady Order NOT given
*Counsel files permanent appearance for trial purposes only*

*Defendant Arraigned:*
*Reading of Indictment Waived*
*Not Guilty plea entered*
*Jury trial demanded*
*Standing Discovery Order requested*

*Defendant's ore tenus motion for entry of the Standing Discovery Order*
*Brady order given*

Time from today to ___ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**   Date:          Time:          Judge:          Place:

Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:

D.A.R. 10:21:58          Time in Court: 3 mins