# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 25-cr-20303-BECERRA(s)

18 U.S.C. § 2251(a) and (e)
18 U.S.C. § 2252(a)(1) and (b)(1)
18 U.S.C. § 2252(a)(4)(B) and (b)(2)
18 U.S.C. § 2253(a)

UNITED STATES OF AMERICA

v.

JACOB MELVIN HART,

Defendant.

_____/

FILED BY_____BM_____D.C.

**Jan 12, 2026**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## SUPERSEDING INFORMATION

The United States Attorney charges that:

### COUNT 1
### Attempted Production of Visual Depictions Involving the Sexual Exploitation of Minors
### (18 U.S.C. § 2251(a) and (e))

Beginning on or about November 6, 2023, and continuing through on or about June 21, 2025, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

### JACOB MELVIN HART,

did attempt to employ, use, persuade, induce, entice, and coerce a minor, that is, MINOR VICTIM 1, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using a means and facility of interstate and foreign commerce, and such visual depiction having been produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce, by any means, including by

computer, and such visual depiction having actually been transported and transmitted using a means and facility of interstate and foreign commerce, in violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT 2
### Transportation of Visual Depictions Involving the Sexual Exploitation of Minors
### (18 U.S.C. § 2252(a)(1) and (b)(1))

On or about June 21, 2025, at Miami International Airport, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

### JACOB MELVIN HART,

did knowingly transport any visual depiction, using any means and facility of interstate and foreign commerce, and the production of such visual depiction involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction was of such conduct, in violation of Title 18, United States Code, Section 2252(a)(1) and (b)(1).

## COUNT 3
### Possession of Visual Depictions Involving the Sexual Exploitation of Minors
### (18 U.S.C. § 2252(a)(4)(B) and (b)(2)

On or about June 21, 2025, at Miami International Airport, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

### JACOB MELVIN HART,

did knowingly possess matter, which contained any visual depiction that had been shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, and which was produced using materials which had been so shipped and transported, by any means, including by computer, and the production of such visual depiction having involved the use of a minor

engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction was of such conduct, in violation of Title 18, United States Code, Section 2252(a)(4)(B) and (b)(2).

Pursuant to Title 18, United States Code, Section 2252(b)(2), it is further alleged that such visual depiction involved a prepubescent minor and a minor who had not yet attained twelve (12) years of age.

## FORFEITURE ALLEGATIONS

1.      The allegations of this Superseding Information are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **JACOB MELVIN HART**, has an interest.

2.      Upon conviction of a violation of Title 18, United States Code, Sections 2251 and/or 2252, as alleged in this Superseding Information, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a):

a)      Any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, 2252, 2252A, 2252B, or 2260, or any book, magazine periodical, film, videotape, or other matter which contains such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Chapter 110;

b)      Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

c)      Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

All pursuant to Title 18, United States Code, Section 2253(a), and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Section 2253(b).

Uiril Valdes FOR

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

BRIANNA COAKLEY
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA                    CASE NO.: 25-CR-20303-JB(s)

v.

                                            **CERTIFICATE OF TRIAL ATTORNEY**

JACOB MELVIN HART,

_____ /        **Superseding Case Information:**
                    Defendant.              New Defendant(s) (Yes or No) No
**Court Division** (select one)             Number of New Defendants __0__
    ☑ Miami    ☐ Key West    ☐ FTP          Total number of new counts __1__
    ☐ FTL      ☐ WPB

I do hereby certify that:

1.  I have carefully considered the allegations of the Indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.

3.  Interpreter: (Yes or No) No
    List language and/or dialect: _____

4.  This case will take __0__ days for the parties to try.
5.  Please check appropriate category and type of offense listed below:

    (Check only one)                        (Check only one)
    I    ☑  0 to  5 days                     ☐ Petty
    II   ☐  6 to 10 days                     ☐ Minor
    III  ☐ 11 to 20 days                     ☐ Misdemeanor
    IV   ☐ 21 to 60 days                     ☑ Felony
    V    ☐ 61 days and over

6.  Has this case been previously filed in this District Court? (Yes or No) Yes
    If yes, Judge Jacqueline Becerra            Case No. 25-cr-20303
7.  Has a complaint been filed in this matter? (Yes or No) Yes
    If yes, Judge Edwin G. Torres            Magistrate Case No. 25-03219-MJ-EGT
8.  Does this case relate to a previously filed matter in this District Court? (Yes or No) No
    If yes, Judge _____ Case No. _____
9.  Defendant(s) in federal custody as of 6/21/2025
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) No
14. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No
15. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No
16. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No

                                            By _____
                                               BRIANNA COAKLEY
                                               Assistant United States Attorney
                                               FL Bar No.        A5503184

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**:  JACOB MELVIN HART

**Case No**:  25-20303-CR-JB(s)

Count #: 1

Attempted Production of Visual Depictions Involving the Sexual Exploitation of Minors

Title 18, United States Cose, Section 2251(a)
* **Max. Term of Imprisonment:** 30 years
* **Mandatory Min. Term of Imprisonment (if applicable):** 15 years
* **Mandatory Min. Supervised Release:** Five years
* **Max. Supervised Release:** Life
* **Max. Fine:** $250,000

Count #: 2

Transportation of Visual Depictions Involving the Sexual Exploitation of Minors

Title 18, United States Code, Section 2252(a)(1) and (b)(1)
* **Max. Term of Imprisonment:** 20 years
* **Mandatory Min. Term of Imprisonment (if applicable):** 5 years
* **Mandatory Min. Supervised Release:** Five years
* **Max. Supervised Release:** Life
* **Max. Fine:** $250,000

Count #: 3

Possession of Visual Depictions Involving the Sexual Exploitation of Minors

Title 18 United Staes Code, Section 2252(a)(4)(B) and (b)(2)
* **Max. Term of Imprisonment:** 20 years
* **Mandatory Min. Term of Imprisonment (if applicable):** None
* **Mandatory Min. Supervised Release:** Five years
* **Max. Supervised Release:** Life
* **Max. Fine:** $250,000

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   25-CR-20303-JB |
| JACOB MELVIN HART, | ) | |
| | ) | |
| Defendant | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year.  I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

*Printed name of defendant's attorney*

_____
*Judge's signature*

_____
*Judge's printed name and title*