UNITED STATES DISTRICT COURT,
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

  Plaintiff,        MIAMI DIVISION

v.              Case No. 25-20303-CR-Becerra/Torres

JACOB MELVIN HART,

  Defendant.

_____/

## NOTICE OF APPEAL

  NOW COMES the Defendant, JACOB MELVIN HART, by and through his undersigned counsel, and hereby notifies the Court and the government that he is appealing to the United States Court of Appeals, Eleventh Circuit, from the judgments of conviction and sentences imposed by this Court in the above-captioned matter on June 2, 2026 (DE #59).

  I HEREBY CERTIFY that a true and correct copy of the foregoing was served on BRIANNA COAKLEY, ESQ., (brianna.coakley@usdoj.gov), counsel for the government, this 16th day of June, 2026, via CM/ECF.

         Respectfully submitted,

         *S:// Reginald (Tony) Moss, Jr. //*
         REGINALD (TONY) MOSS, JR.
         The Tony Moss Firm, L.L.C.
         Florida Bar No. 646318
         8101 Biscayne Boulevard #PH-701
         Miami, Florida 33138-4634
         786.219.5467 (office)
         305.373.3832 (fax)
         E-mail: *tony@tonymosslaw.com*
         Attorney for JACOB MELVIN HART